**Exhibit 1**
**ENTIRETY REDACTED**